# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Murphy Brothers Carnival Equipment, LLC vs. Corporation for International Business | FILED: JULY 19, 2008<br>08 cv 4105<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE COLE<br>JH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Murphy Brothers Carnival Equipment, LLC

| | |
|---|---|
| NAME (Type or print)<br>Marshall J. Burt, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Marshall J. Burt | |
| FIRM<br>Law Offices of Marshall J. Burt | |
| STREET ADDRESS  77 West Washington Suite 1900 | |
| CITY/STATE/ZIP  Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06198381 | TELEPHONE NUMBER<br>(312) 419-1999 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES **X**          NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?         YES **X**          NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?           YES **X**          NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES **X**   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐